UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Bianca Castillo,

                Plaintiff,                        24 Civ. 06591 (KMK)

    -against-

Avi Food Systems, Inc.,                    CALENDAR NOTICE

                Defendants.
-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday,

October 16, 2024 at 2:00 p.m.  Counsel shall submit a proposed case management and discovery

schedule via ECF by 5:00 p.m. on the evening before the initial conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the
Pro Se party of the above teleconference information.  Counsel in any Pro Se inmate cases shall
ensure that the Pro Se party is on the line before calling the above-referenced number.  Any
requests for adjournments should be filed as soon as possible and clearly explain why the
conference should be adjourned.

Dated: October 10, 2024
       White Plains, New York

                              So Ordered

                              _____
                              Kenneth M. Karas, U.S.D.J