

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Austin Hee
212. 471.4424 main
347.745.3597 fax
AHee@littler.com

October 15, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601

Re:   ***Bianca Castillo v. AVI Foodsystems, Inc.***
      **Docket No.: 7: 24-cv-06591-KMK**

Dear Judge Karas:

We represent Defendant AVI Foodsystems, Inc. ("Defendant") in the above-referenced action. Defendant respectfully requests an adjournment of the status conference currently scheduled for October 16, 2024, to a date following the filing of Defendant's response to the Complaint, which is due on November 4, 2024. There have been no prior extension requests in this matter, and Plaintiff has consented to Defendant's request.

Defendant respectfully requests an adjournment of the status conference for the following reasons. The lead counsel on the matter, Timothy S. Anderson, has not yet been admitted pro hac vice (motion pending), and he is already scheduled for a full-day mediation in another matter on October 16, 2024. Further, Defendant requests that the conference be adjourned until after its response to the Complaint is due to enable Defendant to complete its preliminary investigation into the allegations in the Complaint and be prepared for the conference.

We thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

Granted, but in the future any such request will be denied as untimely. The conference is adjourned to 11/ 7 /24, at 10:00

So Ordered
10/15/24

Austin Hee

cc:   All counsel of record (via ECF)

littler.com