UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA CASTILLO, on behalf of herself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

   -against-

AVI FOOD SYSTEMS, INC.,

               Defendant.

**Case No.:** 7:24-cv-06591-KMK-AEK

## STIPULATION OF VOLUNTARY DISMISSAL

This stipulation is entered into between Opt-in Plaintiff Wilbert Harris and Defendant AVI Food Systems, Inc. ("AVI"), by and through their undersigned counsel, who are attorneys of record in the above-captioned action alleging violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law against Defendant. *See* ECF No. 1.

WHEREAS, Harris worked for Defendant until in or around July 2021.

WHEREAS, Harris filed his consent to join the above-captioned action on August 30, 2024, ECF No. 7, which is outside the statutory period for FLSA claims. *See* 29 U.S.C. § 255(a).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), all claims by Harris against AVI are hereby dismissed without prejudice and without costs to either party as against the other and this Stipulation may be filed with the court without notice to any party.

IT IS FURTHER STIPULATED AND AGREED that this stipulation is not pursuant to a settlement between the parties.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation does not affect any claims by any other parties to this action.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, that a facsimile copy of this Stipulation may be filed as if it were an original.

| Dated: February 20, 2025 | Dated: February 21, 2025 |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C. | LITTLER MENDELSON, P.C. |
| /s/Sharan R. Abraham | /s/Timothy Anderson |
| Sharan R. Abraham, Esq. | Timothy Anderson, Esq. |
| 910 Franklin Avenue, Suite 205 | 127 Public Square, Key Tower, Suite 1600 |
| Garden City, New York 11530 | Cleveland, Ohio 44114 |
| Tel. (516) 248-5550 | Tel. (216) 696-7600 |
| Fax. (516) 248-6027 | Fax. (216) 696-2038 |
| *Attorneys for Opt-in Plaintiff Harris* | *Attorneys for Defendant* |